| United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Tri-Con USA, Inc | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): 52-2294841 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>1192 Schaffer Drive<br>Frederick, MD           ZIP CODE 21702 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Frederick | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>4599 Chestnut Ridge Road<br>Grantsville, MD     ZIP CODE 21536 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Tri-Con USA, Inc** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**   **Not Applicable**<br>Signature of Attorney for Debtor(s)     Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Tri-Con USA, Inc** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X **Not Applicable** Signature of Debtor X **Not Applicable** Signature of Joint Debtor Telephone Number (If not represented by attorney) Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X **Not Applicable** (Signature of Foreign Representative) (Printed Name of Foreign Representative) Date |
| **Signature of Attorney** X **/s/ Steven E. Mirsky** Signature of Attorney for Debtor(s) **Steven E. Mirsky  Bar No.  08879** Printed Name of Attorney for Debtor(s) / Bar No. **Steve E Mirsky** Firm Name **401 N. Washington St Suite 550** Address **Rockville, MD 20850** Telephone Number **9/10/2009** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. **Not Applicable** Printed Name and title, if any, of Bankruptcy Petition Preparer Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) Address X **Not Applicable** Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X **s/ Michael S. Murphy** Signature of Authorized Individual **Michael S. Murphy** Printed Name of Authorized Individual **President** Title of Authorized Individual **9/10/2009** Date | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

In re:  **Tri-Con USA, Inc**              Case No. _____
                **Debtor**                 Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **7** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **9/10/2009**                    Signed:  **s/ Michael S. Murphy**
                                                  **Michael S. Murphy**

Signed:  **/s/ Steven E. Mirsky**
         **Steven E. Mirsky**
         Attorney for Debtor(s)
         Bar no.:         **08879**
         **Steve E Mirsky**
         **401 N. Washington St**
         **Suite 550**
         **Rockville, MD 20850**
         Telephone No.:
         Fax No.:
         E-mail address:   **sem@lawyer.com**

Aerial Service and Parts, Inc
c/o Friedman, Katz & Shapiro,Inc
11511 Katy Freeway, Suite 602
Houson, TX 77079


AG-Future, Inc
1113 Youghiogheny Drive
Mtn Lake Park, MD 21550


Allegheny Power
800 Cabin Hill Drive
Greensburg, PA 15606


ASAP /Best Line Leasing
1000 Mount Rock Road
Shippensburg, PA 17275


Aspen Publishers
4829 Innovation Way
Chicago, IL 60682


ATS, Inc
2088 Dorr Ave, Suite M
Fairfax, VA 22031


BB&T
P.O. Box 1489
Lumberton, NC 28359


Bernardo Vargas
1600 Keokee Street
Hyattstown, MD 20783


Beverly A. Murphy
4599 Chestnut Ridge Road
Grantsville, MD 21536

Big State Industrial Supply Co
1865 Iowa Avenue
Riverside, CA 92507


BNI Building News
P.O. Box 2380
Vista, CA 92085


BNI Publications, Inc
c/o North Shore Agency, Inc
270 Spagnoli Road
Melville, NY 11747


Bonsby Heating & Air Conditioning
7950 Cessna Avenue
Gaithersburg, MD 20879


Broadwater Trucking & Heavy Truckin
159 Chestnut Ridge Road
Grantsville, MD 21536


California Contractors Supplies, In
7729 Burnet Avenue
Van Nuys, CA 91405


Capital Management Services, LP
726 Exchange Street-Suite 700
Buffalo, NY 14210


Castro's Group, LLC
6424 Julian St
Springfield, VA 22150


CBCS
P.O. Box 164059
Columbus, OH 43216

CDC Publishing
c/o AG Adjustments
P.O. Box 9109
Plainview, NY 11803


CDC Publishing LLC
P.O. Box 510572
Philadelphia, PA 19175


CH Brown Company
P.O. Box 789
Wheatland, NY 82201


Chevron Texaco Business Card
P.O. Box 9560
Concord, CA 94524


Con Tech Pro, LLC
c/o Stewart Sutton, Esq.
8 Executive Park Court
Germantown, MD 20874


Corp OHS Frederick
P.O. Box 490
Frederick, MD 21705


David Williams Tonessen, Esq.
1657 Whitehead Court
Baltimore, MD 21207


DHL Express (USA) Inc
P.O. Box 504266


DLS&W Joint Venture
129 West Patrick Street, Suite 5
Frederick, MD 21701

Frank's Coffee Service. Inc
Route 3, Box 163
Ridgeley, WV 26753


Frederick Plumbing & Heating
10 Key Avenue
Frederick, MD 21701


Fredericktown Auto Repair
1395 West Patrick St, Suite D
Frederick, MD 21702


Gutter King, Inc
6824 Fort Smallwood Road, Suite B
Baltimore, MD 21702


Health@Work LLC
10715 Downsville Pike, Suite `100
Hagerstown, MD 21740


Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901


Hunter Warfield
3111 W Dr. Martin Luther King Blvd
Suite 200
Tampa, FL 33607


Internal Revenue Service
Special Procedures Branch
31 Hopkins Plaza
Baltimore, MD 21201


Judd Fire Protection
1100 Business Parkway # 3
Westminster, MD 21157

Kingsdale Volunteer Fire Company
1789 Frederick Pike, P.O. Box 34
Littlestown, PA 17340


Knoble, Inc
7638 A Airpark Road
Gaithersburg, MD 20879


Marvin G. Murphy
4599 Chestnut Ridge Road
Grantsville, MD 21536


Masterpiece Landscaping
8743 Reichard Road
Fairplay, MD 21733


MCS Credit & Audit Services, Inc
5211 E. Trindle Road
P.O. Box 1130
Mechanicsburg, PA 17055


MD, WV, PA, LLC
P.O. Box 817
McHenry, MD 21541


Michael S. Murphy
1192 Schaffer Drive
Frederick, MD 21702


Midatlantic Machinery , Inc
P.O. Box 8500-41125
Philadelphia, PA 19178


Miracle Method
5020 Mark Dabling Road
Colorado Springs, CO 80918

National Diamond
3998 Fau Blvd, Bldg 1, Suite 100
Boca Raton, FL 33431


Overall Supply, Inc
823 East Gate Drive, Unit 2
Mt Laurel, NJ 08054


Pitney Bowes
P.O. Box 856390
Louisville, KY 40285


Roaring Spring
Route 3, Box 163
Ridgeley, WV 26753


Schaffer & Black
129 West Patrick Street
Suite 5
Frederick, MD 21701


Scott Key Center
1050 Rocky Springs Road
Frederick, MD 21701


Sign Solutions
5744-H Industry Lane
Frederick, MD 21704


Spec Print
7R Ayelsbury Road
Timonium, MD 21093


State of Maryland
Comptroller of Maryland
Income Tax Division
110 Carroll Street
Annapolis, MD 21411

Sunbridge Capital
6300 Nail Avenue, Suite 200
Mission, KS 66202

The Lube Center, Inc
1313 Orchard Way
Frederick, MD 21703

Treasurer of Frederick County
30 North Market Street
Frederick, MD 21701

Washington Air Compressor Rental Co
c/oDonald B. Weisfeld  Esq.
One Church Street, Suite 802
Rockville, MD 20850

Wilby Inc d/b/a Stanley Steemer
103 Dixon Drive
Inwood, WV 25428